

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2021

No. 04-21-00007-CV

**IN THE INTEREST OF H.S., A CHILD**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01861
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On December 28, 2020, appellant filed a notice of appeal stating his intent to appeal a final decree of termination signed on December 9, 2020. On January 11, 2021, we issued an order noting that the clerk's record filed in this matter contained the judge's notes, but did not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (mem. op.) (stating judge's notes do not constitute a final order). Because appellant did not respond to our order, we issued a substantially similar order on February 3, 2021. In both orders, we directed appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction, and, if necessary, to ask the trial court clerk to prepare a supplemental clerk's record containing a written final order. *See Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966) ("[A]n appeal may be prosecuted only from a final judgment."). We suspended all deadlines in this matter until further order of this court.

On February 25, 2021, appellant filed a response to our order, stating that a final order terminating his parental rights had been signed by the trial court but "does not appear to have been 'scanned' into the District Clerks' system." In support of his response, appellant presented a signed—but not file-stamped—order dated December 9, 2020 that terminates his parental rights. We conclude appellant's response is sufficient to retain this matter on the docket. We therefore ORDER the district clerk to file a supplemental clerk's record containing the December 9, 2020 order **by March 5, 2021**. Additionally, we ORDER the court reporter to file the reporter's record **by March 5, 2021**. Appellant's brief will be due 20 days after the filing of either the supplemental clerk's record or the reporter's record, whichever is later. We remind the district clerk, the court reporter, and appellant that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. *See* Tex. R. Jud. Admin. 6.2.

_____
Beth Watkins, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2021.



_____
Michael A. Cruz,
Clerk of Court